THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY GUILMETTE, a Washington resident, by and through his Power of Attorney, Joanne Guilmette,<br><br>      Plaintiff,<br><br>v.<br><br>SEATTLE THEATRE GROUP, a Washington corporation and operator of The Neptune Theatre, The NEPTUNE BUILDING LLC, a Washington Limited Liability Company and owner of The Neptune Theatre,<br><br>      Defendants. | Case No. 2:19-cv-02002-RSL<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE ANSWER TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: DECEMBER 18, 2019 |

   The parties, through their counsel of record, jointly move the Court to extend the deadline for Defendants to file their Answer to Plaintiff's Complaint. The current deadline is January 2, 2020. The parties request an extension to January 24, 2020. The parties request this extension because they are in the process of attempting to resolve this matter without further litigation.

//

//

//

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE FOR DEFENDANTS TO ANSWER . . . - 1
Case No. 2:19-CV-02002-RSL
127192.0006/7880766.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

1 | DATED: December 18, 2019

2 | LANE POWELL PC

4 | By *s/ Michael T. Kitson*
    D. Michael Reilly, WSBA No. 14674
5 | reillym@lanepowell.com
    Michael T. Kitson, WSBA No. 41681
6 | kitsonm@lanepowell.com
    Telephone: 206.223.7000
7 | Facsimile: 206.223.7107

8 | Attorneys for Defendants Seattle Theatre Group
    and The Neptune Building LLC

11 | THE LAW OFFICE OF COREY GUILMETTE

12 | By *s/ Corey Guilmette (with auth. given to e-sign)*
    Corey Guilmette, WSBA No. 51165
13 | corey.guilmette@gmail.com
    Telephone: 206.641.5334

14 | Attorney for Plaintiff Jeffrey Guilmette

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE FOR DEFENDANTS TO ANSWER . . . - 2
Case No. 2:19-CV-02002-RSL
127192.0006/7880766.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## ORDER

The parties having stipulated that the deadline for Defendants to file their Answer to Plaintiff's Complaint shall be extended to January 24, 2020, and the Court being fully advised in the premises; NOW THEREFORE,

IT IS SO ORDERED that the deadline for Defendants to file their Answer to Plaintiff's Complaint is extended to January 24, 2020.

DATED this 19th day of December, 2019.

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By *s/ Michael T. Kitson*
D. Michael Reilly, WSBA No. 14674
reillym@lanepowell.com
Michael T. Kitson, WSBA No. 41681
kitsonm@lanepowell.com
Telephone: 206.223.7000
Facsimile: 206.223.7107

Attorneys for Defendants Seattle Theatre Group
and The Neptune Building LLC


THE LAW OFFICE OF COREY GUILMETTE


By *s/ Corey Guilmette (with auth. given to e-sign)*
Corey Guilmette, WSBA No. 51165
corey.guilmette@gmail.com
Telephone: 206.641.5334

Attorney for Plaintiff Jeffrey Guilmette

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE FOR DEFENDANTS TO ANSWER . . . - 3
Case No. 2:19-CV-02002-RSL
127192.0006/7880766.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107