THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY GUILMETTE, a Washington resident, by and through his Power of Attorney, Joanne Guilmette,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE THEATRE GROUP, a Washington corporation and operator of The Neptune Theatre, The NEPTUNE BUILDING LLC, a Washington Limited Liability Company and owner of The Neptune Theatre,<br><br>Defendants. | Case No. 2:19-cv-02002-RSL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE ANSWER TO FIRST AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: JANUARY 16, 2020 |

The parties, through their counsel of record, jointly move the Court to extend the deadline for Defendants to file their Answer to Plaintiff's First Amended Complaint. The current deadline is January 24, 2020 per prior stipulation of the parties. The parties request an extension to January 31, 2020. The parties have agreed to this extension because Plaintiff filed an amended complaint and the parties continue to work in good faith to try to resolve issues raised in Plaintiff's First Amended Complaint.

STIPULATED MOTION AND [PROPOSED] ORDER TO
EXTEND DEFENDANTS' DEADLINE TO ANSWER . . . - 1
Case No. 2:19-CV-02002-RSL
127192.0006/7944060.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

1    DATED: January 16, 2020

2                         LANE POWELL PC

4                         By *s/ Michael T. Kitson*
5                            D. Michael Reilly, WSBA No. 14674
                           reillym@lanepowell.com
                           Michael T. Kitson, WSBA No. 41681
6                            kitsonm@lanepowell.com
                           Telephone: 206.223.7000
7                            Facsimile: 206.223.7107

8                    Attorneys for Defendants Seattle Theatre Group
                   and The Neptune Building LLC
9

10
                   THE LAW OFFICE OF COREY GUILMETTE
11

12                   By *s/ Corey Guilmette (with auth. given to e-sign)*
                         Corey Guilmette, WSBA No. 51165
13                          corey.guilmette@gmail.com
                         Telephone: 206.641.5334
14
                  Attorney for Plaintiff Jeffrey Guilmette
15

STIPULATED MOTION AND [PROPOSED] ORDER TO
EXTEND DEFENDANTS' DEADLINE TO ANSWER . . . - 2
Case No. 2:19-CV-02002-RSL
127192.0006/7944060.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## ORDER

The parties having stipulated that the deadline for Defendants to file their Answer to Plaintiff's First Amended Complaint shall be extended to January 31, 2020, and the Court being fully advised in the premises; NOW THEREFORE,

IT IS SO ORDERED that the deadline for Defendants to file their Answer to Plaintiff's First Amended Complaint is extended to January 31, 2020.

DATED this 21st day of January, 2020.

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By *s/ Michael T. Kitson*
D. Michael Reilly, WSBA No. 14674
reillym@lanepowell.com
Michael T. Kitson, WSBA No. 41681
kitsonm@lanepowell.com
Telephone: 206.223.7000
Facsimile: 206.223.7107

Attorneys for Defendants Seattle Theatre Group and The Neptune Building LLC


THE LAW OFFICE OF COREY GUILMETTE

By *s/ Corey Guilmette (with auth. given to e-sign)*
Corey Guilmette, WSBA No. 51165
corey.guilmette@gmail.com
Telephone: 206.641.5334

Attorney for Plaintiff Jeffrey Guilmette

STIPULATED MOTION AND [PROPOSED] ORDER TO
EXTEND DEFENDANTS' DEADLINE TO ANSWER . . . - 3
Case No. 2:19-CV-02002-RSL
127192.0006/7944060.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107