THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY GUILMETTE, a Washington resident, by and through his Power of Attorney, Joanne Guilmette,<br><br>                Plaintiff,<br><br>    v.<br><br>SEATTLE THEATRE GROUP, a Washington corporation and operator of The Neptune Theatre, The NEPTUNE BUILDING LLC, a Washington Limited Liability Company and owner of The Neptune Theatre,<br><br>                Defendants. | Case No. 2:19-cv-02002-RSL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, by and through their respective counsel of record, that all claims asserted by Plaintiff against Defendants in the above-captioned matter have been resolved to the parties' mutual satisfaction. Plaintiff agrees to dismiss his case with prejudice, and the parties agree that each party will bear their own attorney's fees and costs. However, the parties request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994).

---

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE - 1
Case No. 2:19-cv-02002-RSL

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

DATED: May 8, 2020

LANE POWELL PC

By *s/Michael T. Kitson*
D. Michael Reilly, WSBA No. 14674
reillym@lanepowell.com
Michael T. Kitson, WSBA No. 41681
kitsonm@lanepowell.com
Telephone: 206.223.7000
Facsimile: 206.223.7107

Attorneys for Defendants Seattle Theatre Group and The Neptune Building LLC

THE LAW OFFICE OF COREY GUILMETTE

By *s/Corey Guilmette (with auth. given to e-sign)*
Corey Guilmette, WSBA No. 51165
corey.guilmette@gmail.com
Telephone: 206.641.5334

Attorney for Plaintiff Jeffrey Guilmette

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE - 2
Case No. 2:19-cv-02002-RSL

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

**ORDER**

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED:

1. The parties shall comply with the terms of their settlement agreement entered into on April 22, 2020.

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement through December 31, 2021.

3. Except as provided for in paragraphs 1 and 2 above, this case is dismissed with prejudice, and each party shall bear its own attorney's fees and costs.

DATED this 11th day of May, 2020.

*/s/ Robert S. Lasnik*
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:
LANE POWELL PC

By  *s/ Michael T. Kitson*
D. Michael Reilly, WSBA No. 14674
reillym@lanepowell.com
Michael T. Kitson, WSBA No. 41681
kitsonm@lanepowell.com
Telephone: 206.223.7000
Facsimile: 206.223.7107

Attorneys for Defendants Seattle Theatre Group
and The Neptune Building LLC


THE LAW OFFICE OF COREY GUILMETTE


By  *s/ Corey Guilmette (with auth. given to e-sign)*
Corey Guilmette, WSBA No. 51165
corey.guilmette@gmail.com
Telephone:  206.641.5334

Attorney for Plaintiff Jeffrey Guilmette

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE - 3
Case No. 2:19-cv-02002-RSL

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107